# EXHIBIT 1

**American Physicians Partners ("APP")**

American Physician Partners, LLC
ACUTE CARE SPECIALIST, LLC
Align, M.D., PLLC
AMERICAN PHYSICIAN HOLDINGS, LLC
AMERICAN PHYSICIAN PARTNERS PSO, LLC
APP AZ ED MEMBER 1, LLC
APP AZ ED MEMBER 2, LLC
APP AZ ED MEMBER 3, LLC
APP AZ ED MEMBER 4, LLC
APP AZ ED MEMBER 5, LLC
APP AZ ED MEMBER 6, LLC
APP EMERGENCY ED TX, INC
APP ICU, PLLC
APP MANAGEMENT CO, LLC
APP MD PARTNERS OF GA, LLC
APP MDPARTNERS, PLLC
APP of Alabama ED, LLC
APP OF ALABAMA HM, LLC
APP of Arizona ED, LLC
APP OF ARIZONA HM, LLC
APP OF ARKANSAS ED, PLLC
APP OF ARKANSAS HM, PLLC
APP OF CENTRAL FLORIDA ED, LLC
APP OF EAST TENNESSEE ED, PLLC
APP OF EAST TENNESSEE HM, PLLC
APP of Florida ED, LLC
APP OF FLORIDA HM, LLC
APP OF GEORGIA ED, LLC
APP OF ILLINOIS ED, PLLC
APP OF ILLINOIS HM, PLLC
APP OF INDIANA ED, PLLC
APP OF INDIANA HM, PLLC
APP OF KANSAS HM, PLLC
APP OF KENTUCKY ED, PLLC
APP OF KENTUCKY HM, PLLC
APP OF MICHIGAN ED, PLLC
APP OF MISSISSIPPI ED LLC
APP OF MISSISSIPPI HM, LLC
APP OF NEVADA ED, PLLC
APP OF NEW MEXICO ED, PLLC
APP OF NORTH CAROLINA ED, PLLC
APP OF NORTH CAROLINA HM, PLLC
APP OF OHIO ED, PLLC
APP OF OHIO HM, PLLC

APP OF SOUTH CAROLINA ED, PLLC
APP OF SOUTH CAROLINA HM, PLLC
APP OF SOUTHERN ARIZONA ED, LLC
APP OF SOUTHERN ARIZONA HM, LLC
APP OF SOUTHERN NEW MEXICO ED, PLLC
APP OF SOUTHERN NEW MEXICO HM, PLLC
APP OF TENNESSEE ED, PLLC
APP of Tennessee HM, PLLC
APP OF WEST VIRGINIA ED, PLLC
APP OF WEST VIRGINIA HM, PLLC
APP OF WESTERN KENTUCKY ED, PLLC
APP TEXAS, PLLC
APPROVIDERS, LLC
APPTEXASED, PLLC
APPTEXASHM, PLLC
Caleb Creek Emergency Physicians, PLLC
CAPITAL EMERGENCY PHYSICIANS, PLLC
CAPITAL EMERGENCY PHYSICIANS MADISON, LLC
Coosa River Emergency Physicians, PLLC
DEGARA APP HM, PLLC
DEGARA APP, PLLC
DEGARA GARDEN CITY APP, PLLC
DEGARA GARDEN CITY, PLLC
DEGARA, P.L.L.C
ELITE EMERGENCY HOT SPRINGS, PLLC
ELITE EMERGENCY MANAGEMENT, PLLC
ELITE EMERGENCY RUSSELLVILLE, PLLC
Elite Emergency Services of Kentucky, PLLC
ELITE EMERGENCY SVC OF KY, PLLC
ELITE EMERGENCY SVC OF TN, PLLC
Emergency Specialists of Wellington, LLC
Emergigroup Physician Associates, PLLC
Kalamazoo Emergency Associates, PLC
KIRBY EMERGENCY PHYSICIANS PLLC
Little River Emergency Physicians, PLLC
Longview Emergency Medicine Associates, P.L.L.C., d/b/a Leading Edge Medical Associates, P.L.L.C.
NETEP, PLLC
Northeast Tennessee Emergency Physicians, Inc.
Progressive Medical Associates, LLC
San Jacinto Emergency Physicians, PLLC
St. Andrews Bay Emergency Physicians, PLLC
Stoney Brook Emergency Physicians, PLLC
TEP SELECT EMERGENCY SPECIALISTS PLLC
Texoma Emergency Physicians, PLLC
Town Square Emergency Associates, PLLC

3

TruePartners Comanche Emergency Specialists LCC
TRUEPARTNERS LAKEWOOD INPATIENT SPECIALISTS PLLC
TRUEPARTNERS MANATEE EMERGENCY SPECIALISTS PLLC
TruePartners Northwest Emergency Associates, PLLC
TRUEPARTNERS RANCH EMERGENCY SPECIALISTS PLLC
TRUEPARTNERS WESTLAKE EMERGENCY SPECIALISTS PLLC
West Houston Emergency Physicians, P.L.L.C.
WOODLANDS EMERGENCY PHYSICIANS PLLC

## **NES America ("NES")**

Emergency Medical Services of Lorain, Inc.
HLES of Ohio, Inc.
Lakes/National Emergency Physicians Inc.
Medical Services of Suffolk County PC
NES Arizona Inc.
NES Georgia Inc.
NES Kentucky Inc.
NES Louisiana Inc.
NES Medical Services of N. CT, P.C.
NES Medical Services of New England, Inc.
NES Medical Services of New York, PC
NES Michigan, Inc.
NES Missouri, Inc.
NES of Sandusky Inc.
NES of Oklahoma, Inc.
NES Southwest Medical Services, Inc.
NES Tennessee Inc.
NES Washington, Inc.
NES Western Group, A Professional Corporation
Whitaker National Corporation